No. 89–5427. GUNTER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5436. KAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5438. JARRETT *v.* VOLT TECHNICAL SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5441. PARKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5451. TURNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5453. OLAYA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5465. BETINSKY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5466. WILLIAMS-EL *v.* JOHNSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1758. ONEIDA INDIAN NATION OF WISCONSIN ET AL. *v.* NEW YORK ET AL.; and

No. 88–1915. ONEIDA INDIAN NATION OF NEW YORK ET AL. *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. Reported below: 860 F. 2d 1145.

No. 88–1762. KIDD ET AL. *v.* F/V ST. PATRICK ET AL.; and

No. 88–1960. BERGEN, ADMINISTRATRIX OF THE ESTATE OF KAUPPINEN, ET AL. *v.* F/V ST. PATRICK ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: 816 F. 2d 1345 and 866 F. 2d 318.

No. 88–1889. NORTON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 88–1901. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* DELTA AIR LINES, INC. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.